# UNITED STATES DISTRICT COURT

for the
Southern District of Texas

| | |
|---|---|
| **RADLEY JEROME BRADFORD, on behalf of himself and all others similarly situated** )<br>)<br>) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 4:26-cv-2839 |
| ) | |
| ) | |
| **TMII ENTERPRISES, LLC D/B/A A1 GARAGE DOOR DOCTOR** )<br>)<br>) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Mark Hepp, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on June 1, 2026, at 10:29 am. I delivered these documents to TMII ENTERPRISES, LLC D/B/A A1 GARAGE DOOR DOCTOR in Maricopa County, AZ on June 1, 2026 at 1:31 pm at 3800 N Central Ave, Ste 460, Phoenix, AZ 85012-1995 by leaving the following documents with Dementria Tsosie who as Intake Specialist at CT Corp is authorized by appointment or by law to receive service of process for TMII ENTERPRISES, LLC D/B/A A1 GARAGE DOOR DOCTOR.

SUMMONS IN A CIVIL ACTION, FIRST AMENDED CLASS ACTION COMPLAINT

Race: Unknown Race, Sex: Female, Est. Age: 35-44, Hair: Black, Glasses: N, Est. Weight: Unknown, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=33.4921611714,-112.0783339721
Photograph: See Exhibit 1

Total Cost: $110.00

My name is Mark Hepp, I am 18 years of age or older, and my address is 1040 W Juanita Ave, Gilbert, AZ 85233, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF

/s/ *Mark Hepp*

Executed in

___Maricopa County_____,

___AZ_____ on ___6/3/2026_____.

Mark Hepp
+1 (602) 418-5439



Exhibit 1a)