## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RADLEY JEROME BRADFORD, on behalf of himself and all others similarly situated, | § § § § § | |
| Plaintiff | § § | |
| v. | § § | CASE NO. 4:26-cv-02839 |
| TMII ENTERPRISES, LLC D/B/A Al GARAGE DOOR DOCTOR, | § § § § | |
| Defendant. | § § | |

## NOTICE OF APPEARANCE

Defendant TMII Enterprises, LLC d/b/a A1 Garage Door Doctor ("**TMII**") hereby gives notice that Michelle Reed of the law firm Paul Hastings LLP enters an appearance as lead counsel for TMII in the above-captioned action.

The undersigned certifies that she is admitted to practice in this Court and requests that she be added to the Court's service list and that copies of all notices, correspondence, pleadings, briefs, and other documents filed in this case be served at the following address:

> Michelle Reed
> michellereed@paulhastings.com
> Texas State Bar No. 24041758
> PAUL HASTINGS LLP
> 2001 Ross Ave, Suite 2700
> Dallas, Texas 75201
> Telephone: (972) 936-7500
> Facsimile: (972) 936-7501

DATED:          June 18, 2026                    **PAUL HASTINGS LLP**


By:  */s/ Michelle A. Reed*

Michelle A. Reed, Bar No. 24041758
michellereed@paulhastings.com

2001 Ross Ave
Suite 2700
Dallas, Texas  75201
Telephone:  (972) 936-7500
Facsimile:  (972) 936-7501

*Attorneys for Defendant*
*TMII ENTERPRISES, LLC d/b/a*
*A1 GARAGE DOOR DOCTOR*


## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026 a true and correct copy of the foregoing Notice of Appearance was served on all counsel of record via the Court's ECF system, as follows:

Anthony Paronich
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff*
*RADLEY JEROME BRADFORD*


*/s/ Michelle A. Reed*
Michelle A. Reed