**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RADLEY JEROME BRADFORD, on behalf of himself and all others similarly situated, | § § § § | |
| Plaintiff | § § | |
| v. | § § | CASE NO. 4:26-cv-02839 |
| TMII ENTERPRISES, LLC D/B/A Al GARAGE DOOR DOCTOR, | § § § | |
| Defendant. | § § | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE**
**TO ANSWER OR OTHERWISE RESPOND TO**
**PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

Defendant TMII Enterprises, LLC d/b/a A1 Garage Door Doctor ("**TMII**"), by and through its undersigned counsel and without waiving any defenses it may have under Federal Rule of Civil Procedure Rule 12, hereby submits this Unopposed Motion to Extend the Deadline to Answer or Otherwise Respond to Plaintiff's First Amended Class Action Complaint, and states in support as follows:

1.      Plaintiff Radley Jerome Bradford ("**Plaintiff**") filed his original Class Action Complaint in the above-captioned matter on April 10, 2026, in the United States District Court for the Southern District of Texas, Houston Division, which was not served on TMII.  *See* ECF No. 1.

2.      Plaintiff subsequently filed his First Amended Class Action Complaint on May 29, 2026.  *See* ECF No. 6.

3.      Plaintiff filed proof of service of the summons and First Amended Class Action Complaint on June 3, 2026, reflecting service of process on TMII on June 1, 2026, making June 22,

2026, the deadline for TMII to answer or otherwise file a response to Plaintiff's First Amended Class Action Complaint.  *See* ECF No. 9.

4.      Defense counsel was recently retained and requires additional time to review the pleadings, investigate the facts and circumstances underlying Plaintiff's claims, and prepare a complete and adequate responsive pleading on TMII's behalf.

5.      Counsel for TMII and Plaintiff (together, the "**Parties**") have conferred and agreed to a thirty (30) day extension of TMII's deadline to answer or otherwise respond to the First Amended Class Action Complaint.

6.      This extension is sought in good faith and not for the purpose of delay, and no prior extensions have been requested or granted in this matter to-date.

7.      Thus, there is good cause to extend the time for TMII to respond to Plaintiff's First Amended Class Action Complaint through and including July 22, 2026.

8.      Therefore, TMII respectfully moves the Court to extend its deadline to answer, move, or otherwise respond to Plaintiff's First Amended Class Action Complaint by thirty (30) days, through and including July 22, 2026.

Respectfully submitted,

DATED:        June 18, 2026        **PAUL HASTINGS LLP**


By:  */s/ Michelle A. Reed*
      Michelle A. Reed, Bar No. 24041758
      michellereed@paulhastings.com

      2001 Ross Ave, Suite 2700
      Dallas, Texas  75201
      Telephone:  1(972) 936-7500
      Facsimile:   1(972) 936-7501

      *Attorneys for Defendant*
      *TMII ENTERPRISES, LLC d/b/a*
      *A1 GARAGE DOOR DOCTOR*


## CERTIFICATE OF CONFERENCE

I hereby certify that on June 12, 2026, counsel for Defendant conferred with counsel for Plaintiff Radley Jerome Bradford about the merits of this Motion, and they are unopposed to the filing of this Motion.


      */s/ Michelle A. Reed*
      Michelle A. Reed

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 18, 2026 a true and correct copy of the foregoing Unopposed Motion to Extend the Deadline to Answer or Otherwise Respond to Plaintiff's First Amended Class Action Complaint was served on all counsel of record via the Court's ECF system, as follows:

Anthony Paronich
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
anthony@paronichlaw.com

***Attorneys for Plaintiff***
***RADLEY JEROME BRADFORD***

      */s/ Michelle A. Reed*
      Michelle A. Reed