**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RADLEY JEROME BRADFORD, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>TMII ENTERPRISES, LLC D/B/A Al GARAGE DOOR DOCTOR,<br><br>Defendant. | § § § § § § § § § § § § | CASE NO. 4:26-cv-02839 |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

The Court after considering Defendant's Unopposed Motion to Extend the Deadline to Answer or Otherwise Respond to Plaintiff's First Amended Class Action Complaint finds that there is good cause to grant the Motion.

Therefore, **IT IS ORDERED** that the deadline for Defendant TMII Enterprises, LLC d/b/a A1 Garage Door Doctor ("**TMII**") to answer, move, or otherwise respond to Plaintiff's First Amended Class Action Complaint is extended by thirty (30) days, through and including July 22, 2026.

IT IS SO ORDERED.

SIGNED June _____, 2026

_____
The Honorable Alfred H. Bennett
United States District Judge

**Page Solo**