**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| RADLEY JEROME BRADFORD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TMII ENTERPRISES, LLC D/B/A A1 GARAGE DOOR DOCTOR,<br><br>Defendant. | § § § § § § § § § § § | NO. 4:26-cv-2839 |

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**

To the Clerk of Court, Plaintiff Radley Jerome Bradford ("Plaintiff") and Plaintiff's attorneys of record:

Pursuant to Federal Rules of Civil Procedure, Rule 7.1 and this Court's interested persons order, TMII Enterprises, LLC ("TMII Enterprises" or "Defendant") hereby certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Radley Jerome Bradford

2. Defendant TMII Enterprises, LLC

DATED:        July 22, 2026           Respectfully submitted,

**PAUL HASTINGS LLP**

By:  */s/ Michelle Reed*
Michelle Reed
Texas Bar No. 24041758
michellereed@paulhastings.com

2001 Ross Avenue
Suite 2700
Dallas, TX 75201
Telephone:  (972) 936-7500
Facsimile:  (972) 936-7501

Stephanie Balitzer (pro hac vice forthcoming)
California State Bar No. 316133
stephaniebalitzer@paulhastings.com
Jeni Griffin (pro hac vice forthcoming)
California State Bar No. 359758
jenigriffin@paulhastings.com

515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California  90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

**ATTORNEYS FOR DEFENDANT**
**TMII ENTERPRISES, LLC**