**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RADLEY JEROME BRADFORD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TMII ENTERPRISES, LLC D/B/A A1 GARAGE DOOR DOCTOR,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 4:26-cv-2839 |

**ORDER ON MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

On this day, this Court considered Defendant TMII Enterprises, LLC ("TMII Enterprises") Motion to Dismiss Plaintiff's First Amended Class Action Complaint and Memorandum in Support (the "Motion"). Having reviewed the Motion, any response, any reply, and the pleadings, this Court finds that the Motion should be GRANTED. It is, therefore:

ORDERED that all of Plaintiff Radley Jerome Bradford's claims against Defendant TMII Enterprises are dismissed with prejudice.

SIGNED this _____ day of _____, 2026.


_____
HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE