United States District Court
Southern District of Texas

**ENTERED**

July 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:26-cv-2839 |
|---|---|---|---|

| RADLEY JEROME BRADFORD, on behalf of himself and all others similarly |
|---|
| *versus* |
| TMII ENTERPRISES, LLC D/B/A A1 GARAGE DOOR DOCTOR |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Stephanie Victoria Balitzer<br>Paul Hastings LLP<br>515 S. Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>213.683.6153; stephaniebalitzer@paulhastings.com<br>California State Bar No. 316133 |
|---|---|

| Name of party applicant seeks to appear for: | TMII ENTERPRISES, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?    Yes _____    No ____✓____

On a separate sheet for each sanction, please supply the full particulars.

| Dated:  7/20/2026 | Signed: | /s/ Stephanie Victoria Balitzer |
|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated:  7/23/2026 | Clerk's signature | /s/ Lisa R. Edwards |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____7/23/2026_____

_____
United States District Judge