United States District Court
Southern District of Texas

**ENTERED**

July 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:26-cv-2839 |
|---|---|---|---|

| | |
|---|---|
| RADLEY JEROME BRADFORD, on behalf of himself and all others similarly | |
| *versus* | |
| TMII ENTERPRISES, LLC D/B/A A1 GARAGE DOOR DOCTOR | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jeni Alexandra Griffin<br>Paul Hastings LLP<br>515 S. Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>213.683.6159; jenigriffin@paulhastings.com<br>California State Bar No. 359758 |
|---|---|

| Name of party applicant seeks to appear for: | TMII ENTERPRISES, LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 7/20/2026 | Signed: | /s/ Jeni Alexandra Griffin |
|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 7/23/2026 | Clerk's signature   /s/ Lisa R. Edwards |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: 7/23/2026 _____

_____
United States District Judge