United States District Court
Southern District of Texas
**ENTERED**
August 26, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Radley Jerome Bradford | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 4:26−cv−02839 |
| | § | |
| | § | |
| Vince Johnson, Inc., et al. | § | |

**MINUTE ENTRY ORDER**

JUDGE: Christina A. Bryan
DATE: August 17, 2026
COURT REPORTER: ERO
TIME: 10:34 AM

The Court conducted the Initial Conference.

Signed on the 17th of August 2026.

Christina A. Bryan
United States Magistrate Judge